[No. 45762-4-I. Division One. December 11, 2000.]

THE STATE OF WASHINGTON, *Respondent*, v. ROBERT EUGENE VALENZUELA, *Appellant*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 99-1-00210-0, Ellen J. Fair, J., entered November 30, 1999. *Affirmed* by unpublished per curiam opinion.

[No. 45751-9-I. Division One. December 11, 2000.]

THE STATE OF WASHINGTON, *Respondent*, v. DONALD RAYMON WEAVER, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 98-1-01563-9, Nicole MacInnes, J., entered December 3, 1999. *Affirmed* by unpublished per curiam opinion.

[No. 39167-4-I. Division One. December 11, 2000.]

THE STATE OF WASHINGTON, *Respondent*, v. JAMES PFAFF, *Appellant*.

Appeal from a judgment of the Superior Court for Skagit County, No. 96-1-00105-7, Michael E. Rickert, J., entered August 15, 1996. *Affirmed in part* and *reversed in part* by unpublished opinion per Becker, J., concurred in by Agid, C.J., and Coleman, J.

The prior unpublished opinion in this cause, which was filed on August 10, 1988, was *withdrawn* by order of the Court of Appeals dated December 11, 2000.

[No. 45543-5-I. Division One. December 11, 2000.]

GENERAL DISPOSAL CORPORATION, *Appellant*, v. THE CITY OF SEATTLE, *Respondent*.

Appeal from a judgment of the Superior Court for King County, No. 99-2-17924-2, Philip G. Hubbard, Jr., J., entered October 19, 1999. *Affirmed* by unpublished opinion per Baker, J., concurred in by Ellington and Appelwick, JJ.